Susan M. Rotkis Ariz. Bar No. 032866
**CONSUMER LITIGATION ASSOCIATES WEST, P.L.L.C.**
382 South Convent Ave.
Tucson, AZ 85701
Tel: (520) 622-2481
Email: srotkis@clalegal.com

Leonard A. Bennett (pro hac vice)
**CONSUMER LITIGATION ASSOCIATES P.C.**
763 J. Clyde Morris Blvd Suite 1-A.
Newport News, VA 23601
Tel: (757)930-3660
Email: lenbennett@clalegal.com

Noah B. Peters (pro hac vice)
BAILEY & EHRENBERG PLLC
1015 18th Street, N.W. Suite 204
Washington, D.C. 20036
Email: nbp@becounsel.com

***Attorneys for Plaintiffs***

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**BHAVIKA PATEL,**
**On behalf of herself and**
**All others similarly situated,**

**Plaintiff,**

**v.**

**ITRIA VENTURES, LLC, et al.**

**Defendants.**

**Civil No. 2:17CV1420-GMS**
**Notice of Settlement as to Itria Ventures, LLC and Biz2Credit, Inc. Only**

Please take notice that the Plaintiff, Bhavika Patel, individually, Itria Ventures, LLC, and Biz2Credit, Inc., ONLY have settled the dispute herein. A stipulation and proposed order of dismissal shall follow in due course. All claims against TransUnion, LLC, remain.

Respectfully submitted,
Bhavika Patel, Individually and on behalf of all others similarly situated

By: */s/ Susan M. Rotkis*
Susan M. Rotkis, AZ Bar. #032866
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on or about November 20, 2017, a true and correct copy of the foregoing was filed using the electronic filing system and forwarded by electronic transmission all counsel of record:

Justin Henderson
Lewis Roca Rothgerber LLP
Collier Center
201 E. Washington Street, Suite 1200
Phoenix, Arizona 85004-2595
602.262.5335 (T)
602.734.3891 (F)
JHenderson@lrrlaw.com

Michael O'Neil
Albert E. Hartmann
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606-7507
312.207.1100 (T)

312.207.6400 (F)
michael.oneil@reesmith.com
ahartmann@reedsmith.com

mark.nadeau@dlapiper.com
Aaron T. Goodman (Bar No. 024401)
aaron.goodman@dlapiper.com
DLA PIPER LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016-4232
Tel: 480.606.5100
Fax: 480.606.5101
dlaphx@dlapiper.com

C. Kevin Kobbe (*Pro Hac Vice* to be filed)
kevin.kobbe@dlapiper.com
DLA Piper US LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone: (410) 580-3000
Facsimile: (410) 580-3001
*Counsel for Itria Ventures LLC and Biz2Credit Inc.*

By: */s/ Susan M. Rotkis*
Susan M. Rotkis, AZ Bar. #032866
Consumer Litigation Associates West, PLLC
382 South Convent Avenue
Tucson, AZ 85701
520-622-2481
srotkis@clalegal.com