# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bhavika Patel, | No. CV-17-01420-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Itria Ventures LLC, et al., | |
| Defendants. | |

This matter is before the Court on the Stipulation and Motion (Doc. 40) filed by Plaintiff Bhavika Patel and Defendants Itria Ventures LLC and Biz2Credit Inc. seeking the dismissal with prejudice of the Plaintiff's claims against Defendants Itria Ventures LLC, and Biz2Credit Inc. pursuant to Fed. R. Civ. P. 41(a)(2). Having considered the matter, and deeming it proper and just to do so,

**IT IS ORDERED** that the Joint Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims and causes of action asserted by the Plaintiff against Defendants Itria Ventures LLC and Biz2Credit Inc. **ONLY** are **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

Dated this 28th day of November, 2017.

Honorable G. Murray Snow
United States District Judge