Susan M. Rotkis Ariz. Bar No. 032866
**CONSUMER LITIGATION ASSOCIATES WEST, P.L.L.C.**
382 South Convent Ave.
Tucson, AZ 85701
Telephone: (520) 622-2481
Email: srotkis@clalegal.com

Leonard A. Bennett (pro hac vice)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd. Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Email: lenbennett@clalegal.com

Noah B. Peters (pro hac vice)
BAILEY & EHRENBERG PLLC
1015 18th Street, N.W. Suite 204
Washington, D.C. 20036
Tel: (202) 331-1331
Fax: (202) 318-7071
Email: nbp@becounsel.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bhavika Patel,<br><br>  Plaintiff,<br><br>v.<br><br>Itria Ventures LLC; Biz2Credit Inc.; and Trans Union LLC,<br><br>  Defendants. | Case No. 2:17-cv-01420-GMS<br><br>**STIPULATION AND MOTION TO DISMISS WITH PREJUDICE CLAIMS ONLY AGAINST DEFENDANTS TRANS UNION, LLC** |

Plaintiff Bhavika Patel and Defendant Trans Union, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and move that the Plaintiff's claims against TransUnion be dismissed, with each party to bear its own attorneys' fees and costs.

Respectfully,

*s/ Susan M. Rotkis*
Susan M. Rotkis, AZ Bar. #032866
382 South Convent Ave.
Tucson, AZ 85701
Telephone: (520) 622-2481
Email: srotkis@clalegal.com

*Counsel for Plaintiff*

*s/ Michael O'Neil*
Michael O'Neil
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606-7507
312.207.1100 (T)
312.207.6400 (F)
michael.oneil@reesmith.com

**CERTIFICATE OF SERVICE**

I hereby certify that on or about December 8, 2017, a true and correct copy of the foregoing was filed using the electronic filing system and forwarded by electronic transmission all counsel of record:

Justin Henderson
Lewis Roca Rothgerber LLP
Collier Center
201 E. Washington Street, Suite 1200
Phoenix, Arizona 85004-2595
602.262.5335 (T)
602.734.3891 (F)
JHenderson@lrrlaw.com

Michael O'Neil
Albert E. Hartmann
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606-7507
312.207.1100 (T)
312.207.6400 (F)
michael.oneil@reesmith.com
ahartmann@reedsmith.com

By: */s/ Susan M. Rotkis*
Susan M. Rotkis, AZ Bar. #032866

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Consumer Litigation Associates West, PLLC
382 South Convent Avenue
Tucson, AZ 85701
520-622-2481
srotkis@clalegal.com