# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bhavika Patel, | No. CV-17-01420-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Itria Ventures LLC, et al., | |
| Defendants. | |

Pending before the Court is the Stipulation and Motion filed by Plaintiff Bhavika Patel and Defendant Trans Union, LLC (Doc. 42), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing,

**IT IS ORDERED** that the Stipulation and Motion (Doc. 42) is hereby GRANTED and this action is DISMISSED, with each party to bear its own attorneys' fees and costs.

Dated this 8th day of December, 2017.

*G. Murray Snow*
Honorable G. Murray Snow
United States District Judge